NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**J&M MANUFACTURING CO., INC.,**
*Plaintiff-Appellant*

**v.**

**KINZE MANUFACTURING, INC.,**
*Defendant-Appellee*

———————————

2025-1654

———————————

Appeal from the United States District Court for the Northern District of Iowa in No. 1:22-cv-00094-CJW-KEM, Chief Judge C. J. Williams.

-------------------------------------------------

**J&M MANUFACTURING CO., INC.,**
*Plaintiff-Appellee*

**v.**

**KINZE MANUFACTURING, INC.,**
*Defendant-Appellant*

———————————

2025-1720

———————————

2    J&M MANUFACTURING CO., INC. V. KINZE MANUFACTURING, INC.

Appeal from the United States District Court for the Northern District of Iowa in No. 1:22-cv-00094-CJW-KEM, Chief Judge C. J. Williams.

_____

# O R D E R

Upon consideration of Kinze Manufacturing, Inc.'s unopposed motions to voluntarily dismiss Appeal No. 2025-1720,

IT IS ORDERED THAT:

(1) The motions are granted. Appeal No. 2025-1720 is DISMISSED under Fed. R. App. P.  42(b).

(2) The revised official caption for Appeal No. 2025-1654 is reflected above.

(3) Each side shall bear their own costs as to Appeal No. 2025-1720.

FOR THE COURT

June 3, 2025
       Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE (as to Appeal No. 2025-1720 only):** June 3, 2025